MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MJ19-344. |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE OF COUNSEL |
| PAIGE A. THOMPSON, | ) | |
| Defendant. | ) | |

NOTICE IS GIVEN that Mohammad Ali Hamoudi appears as counsel for Paige A. Thompson. It is requested that notice of all filings be served upon the undersigned.

DATED this 30th day of July, 2019.

Respectfully submitted,

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Paige Thompson
Office of the Federal Public Defender

NOTICE OF APPEARANCE
(*Paige A. Thompson*; MJ19-344) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

**CERTIFICATE OF SERVICE**

I certify that on July 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Charlotte Ponikvar*
Paralegal
Office of the Federal Public Defender

NOTICE OF APPEARANCE
(*Paige A. Thompson*; MJ19-344) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**