# Exhibit 1

# Report Number 2018-397711 - Incident / Offense Report Report Cover Sheet

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| Oct 24, 2018 07:20 | N / B / B1 / 6449 | Oct 24, 2018 01:50 - 02:50 |

## OFFENSE-1

**OFFENSE CODE**

5309 | HARASSMENT

| OFFENSE LOCATION | | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|---|
| SEATTLE | | Oct 24, 2018 01:50 | Oct 24, 2018 02:50 |

## INVOLVED PERSONS

| INVOLVEMENT | NAME | HOME ADDRESS | DOB / ESTIMATED AGE RANGE | RACE | SEX |
|---|---|---|---|---|---|
| V-1 | SES | SEATTLE, WA | 1985- | White | Female |
| S-1 | PAIGE ADELE THOMPSON | SEATTLE, WA 98108 | 1986- | White | Female |
| W-1 | KWS | SEATTLE, WA 98107 | 1983- | White | Male |

## NARRATIVE

Document No: GO0019768520001
Subject: INITIAL INVESTIGATION
Author: ANDREW RAGONESI (6686)
Date:2018-10-24 09:13:00

[TT_VERSION 1.1] [GO TEMPLATE ]1 BACK-UP OFFICERS(S): (NAMES, SERIAL #'s, AND ROLES IN INCIDENT)[]2 CHARGES: [ ] CHARGE DESCRIPTION:[]3 ARREST SCREENED BY: (SUPERVISOR'S NAME AND SERIAL)[ ]4 PHOTO(S) TAKEN? [N] IF SO,[ ]UPLOADED TO DEMS, OR [ ] ICV USED5 RECORDED STATEMENT(S) TAKEN? [N] IF SO, [ ]UPLOADED TO DEMS, OR [ ]ICV USED6 VIDEO: A. DIGITAL IN-CARVIDEO(S) UPLOADED? [Y] IF NO, PROVIDE REASON: [ ] RECORDING OFFICER(S): NAME(S), SERIAL #'(S) [ ] B. BODY-WORN VIDEO(S) UPLOADED? [Y] IF NO, PROVIDE REASON: [] RECORDING OFFICER(S): NAME(S), SERIAL #'(S) [ ]7 DNA / FORENSIC EVIDENCE SUBMITTED? [N] 8 FINGERPRINTS: FINGERPRINTS SEARCH MADE? [N] FINGERPRINT EVIDENCE OR CARDS SUBMITTED? [ N ] ANALYSIS REQUEST SUBMITTED? [N ] COMPARISON REQUEST SUBMITTED?[N ]9 FELONY ALERT PACKET SUBMITTED? [N ] OFFICER SUBMITTING: [ ] FOLLOW-UP UNIT DESTINATION: []10 USE OF FORCE REPORT SUBMITTED? [N] USE OF FORCE SCREENED BY (SUPERVISOR'S NAME AND SERIAL): [ ]11 LIST ALL HARDCOPY PAPERWORK SUBMITTED:[ ]ARREST REFERRAL TRACKING SHEET (Crisis Solution Center) ][CRIMINAL TRESPASS WARNING 5.34.1 [ ]DUI PACKET[ ]DV SUPPLEMENTALS[ ]IDENTITY and MAIL THEFT (Photocopy of Recovered ID orMail)[ ] INVENTORY SEARCH FORM[ ] MENTAL HEALTH CONTACT REPORT[ ]PARK EXCLUSION[ ]TOW IMPOUND RECORD[ ]VEHICLE REPORT[ ]WRITTEN STATEMENTS (Required on Felony Arr, Juvenile Crime, DV Incident)[ ]OTHER (Describe in Box Below)[ ]12 VICTIM(S) INJURIES: SFD Responded? [ ][]13 INCIDENTAL PROPERTY DAMAGE: (DESCRIPTION AND VALUE)[] 14 VEHICLE IMPOUNDED? [N] STORAGE LOCATION: [ ]15 INITIAL INCIDENT DESCRIPTION / NARRATIVE:[On 10/24/18 between 01:50 and 02:50, SES received several textmessages from Paige Thompson and one rambling voice mail. SES wasalarmed because one of the text messages included SES address and read,"Rest in peace." SES told me that Thompson was an acquaintance fromseveral years ago when her husband KWS was friends with Thompson. SES suspects Thompson blames her for not being friends with KWS nymore. SES said that Thompson has a history of mental illness. Wediscussed obtaining an anti-harassment court order and I gave SES abusiness card and case number.]

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| ANDREW RAGONESI #6686    Oct 24, 2018 07:20 (e-signature) | JAMES SATHER #6855    Oct 24, 2018 23:59 (e-signature) |
| PRINT NAME | PRINT NAME |
| ANDREW RAGONESI #6686 | JAMES SATHER #6855 |

NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by J. SPANGENTHAL-LEE #7858 on Jul 30, 2019 10:55.
Imported Report.
Pg 1 of 1

Exhibit 2

**FILED**

OCT 2 4 2018

KCDC WEST DIVISION
SEATTLE COURTHOUSE

| District Court of Washington For King County | | No. | 185-02371 |
|---|---|---|---|

SES

~~Petitioner,~~

vs.

PAIGE ADELE THOMPSON

Respondent.

**Petition for an Order for Protection -**
☒ **Harassment** (PTORAH) **and/or**
☒ **Stalking** (PTORSTK)

➢ **This is a Petition for an Order for Protection against Harassment and/or Stalking as checked in the caption.**

I believe:

☒ I am a victim of stalking.

☐ _____ (name) is the victim of stalking and he/she is a minor or vulnerable adult.

The respondent has been
- stalking the victim either in person or cyber stalking, **and**
- repeatedly contacting the victim or attempting to contact or monitor the victim for no lawful purpose and his/her actions caused the victim to feel intimidated, frightened or threatened.

☒ I am a victim of unlawful harassment.

☐ _____ (name) is a victim of unlawful harassment and he/she is a minor.

The respondent's actions toward the victim have seriously alarmed, annoyed or harassed the victim, or are detrimental to the victim and serve no legitimate or lawful purpose. The respondent's actions have caused substantial emotional distress to the victim or caused me to fear for the well-being of my child.

How do the victim and respondent know each other? _ex-friends_____

I have given a detailed explanation below.

**1. Who is the petitioner?**

My name is (please print) _____SES_____ . I am the petitioner.

Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK) – Page 1 of 7
WPF UHST-02.0200 (07/2015) – RCW 10.14.040, .800, RCW 7.92.030

☒ I am 18 or older and I am petitioning on my own behalf.
☐ I am 16 or 17 and I am petitioning on my own behalf.
☐ I am the parent or guardian of child/ren under age 18 and I am petitioning on their behalf:

| Children's Name/s (First, Middle Initial, Last) | Age |
|---|---|
|  |  |
|  |  |
|  |  |

☐ I am not the parent or guardian, but the child/ren live/s with me; and I am petitioning on their behalf; and the respondent is not a parent.

| Children's Name/s (First, Middle Initial, Last) | Age |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

☐ I am filing this petition on behalf of petitioner, (name) _____,
a vulnerable adult as defined in RCW 74.34.020, who is a victim of stalking. I am an interested person as defined in RCW 74.34.020(10). My relationship to this petitioner is _____.

## 2. Is the respondent 18 years of age or older?

☒ Yes   ☐ No

*(If no, use the Petition for Order for Protection Harassment/Stalking Respondent Under Age 18, instead of this petition.)*

## 3. Where do the parties live?

Petitioner lives in _____King_____ county.

Did the petitioner leave their residence because of stalking conduct and that is the county of their new residence?

☒ Yes   ☐ No

Children named above live in _____ county.

Respondent lives in _____King_____ county.

## 4. Where did the Conduct take place?

The conduct took place in _____King_____ county.

- **Statement describing the victim/s need for protection from the respondent**
  - Write clearly. If you need more space below, attach additional page/s. Do not write on the back.

5. **Describe what the Respondent did or said that you think is harassment or stalking.**
   - You must describe what the respondent actually said.
   - You must describe what the respondent actually did.

**The respondent has committed acts of harassment or stalking as follows:**

**A.** Describe the most recent incident of harassment or stalking.

Date and time (on or around): __Oct 23/24   3am 23rd - 3am 24th__

Location: __Seattle WA__

What did the respondent do or say that you believe to be harassing or stalking behavior?

Respondent emailed me (and my spouse) multiple times after I told to stop contacting us. She also sent me several texts that felt threatening - one of which had my address listed - we never gave our address to her. She also was never provided with my phone number but was able to find it, presumably online.

See attached emails and texts from recent contact and from late Aug 2018.

Note - I think she sent me a text with my address because she wants to scare me because I know that she knows where I live.

Police Incident #18-397711

How did the respondent make these statements?  ☒ in person  ☒ mail/written notes
☐ e-mail  ☒ text  ☒ phone  ☒ social media (such as facebook and twitter)
☐ other (describe): _____

B.  Describe other incidents of harassment or stalking.  For each incident, include the date,
    time (on or about), location, what was said, how statements were made, and what was done
    to a victim.

Respondent has contacted us multiple times since
2011. We have ignored previous attempts to ~~cot~~
contact but the stalking and harassment
continues. In approx. Dec. 2018 she stopped by
our house and left notes and personal items
on our porch. We moved to get away from her.
She has stalked me on social media and
creates new Facebook accounts to contact me.
She also reached out to me on GitHub, which
I reported to them as abuse.

See attached documents from most recent
attempts.

police Incident # 18-397711

6.  How did the incidents you describe above make you, the minor, or the vulnerable adult feel?

Annoyed and scared. It scares me that she
knows where I live and could stop by at
anytime.

7. Has the respondent used, displayed, or threatened to use a firearm or other dangerous weapon in a felony? Please describe:

No

8. Has the respondent previously committed an offense that makes him or her ineligible to possess a firearm under the provisions of RCW 9.41.040? Please describe:

unknown

9. Does possession of a firearm or other dangerous weapon by the respondent present a serious and imminent threat to public health or safety, or to the health or safety of a victim? Please describe:

N/A

10. Do you have any evidence of the harassment or stalking conduct other than testimony?
    ☐ No
    ☒ Yes. I have attached the following evidence:
        ☐ Copy of mail or written notes
        ☒ Copy of text messages
        ☒ Copy of emailed messages
        ☐ Copy of social media messages
        ☒ Police report   Incident # 18-397711
        ☐ Declaration or Affidavit from the following witness: _____
        ☐ Other (describe): _____

11. Has/have the **victim/s or the respondent** ever requested or obtained protection from the other person in a restraining order, civil protection order, or criminal no-contact order? If yes, list the type of order, the name of the court and the approximate date, and whether the request was granted:

no

**12.** Is there any other litigation between the victim/s and the respondent? This includes all matters - pending or past - such as parenting plans, landlord-tenant disputes, employment disputes, or property disputes. If yes, provide case number/s if known, type of case, and name of court:

_No_

## ➤ Requests

### 13. I ask the Court for an order approving the following requests for protection:

I Request an **Order for Protection** following a hearing that will:

☒ **No-Contact**: restrain the respondent from making any attempts or having any contact, including nonphysical contact, with the person/s to be protected, directly, indirectly, or through third parties regardless of whether those third parties know of the order, except for mailing of court documents.

☐ **Surveillance:** prohibit or restrain the respondent from making any attempt to keep or from keeping the person/s to be protected under surveillance, including electronic surveillance.

☒ **Exclude from places**: exclude the respondent from the ☐ residence ☒ workplace ☒ school ☐ day care of the person/s to be protected.

☒ **Stay Away**: Prohibit or restrain the respondent from entering or being within, or from knowingly coming within, or knowingly remaining within _____ (distance) of the ☐ residence ☒ workplace ☒ school ☐ day care of the person/s to be protected. ☐ other locations: _____

☐ **Other**:

☒ **Evaluation**: Order the respondent to have a ☒ mental health ☒ chemical dependency evaluation. ☐ other: _____

☒ **Pay Fees and Costs:** Require the respondent to pay fees and costs of this action, which may include administrative court costs and service fees and petitioner's costs including attorneys' fees.

☐ **Surrender Firearms**: Require the respondent to surrender any firearm or other dangerous weapon, or any concealed pistol license and prohibit the respondent from obtaining or possessing a firearm or other dangerous weapon, or a concealed pistol license.

☐ **Duration**: Remain effective longer than one year because respondent is likely to resume acts of unlawful harassment or stalking conduct against the persons to be protected if the order expires in a year.

**Emergency temporary protection (up to 14 days) until the court hearing**:

☒ An emergency exists as described below. I request that a **Temporary Protection Order** granting the relief I requested above for a no-contact, surveillance, exclude from places, or stay away order be issued immediately, without prior notice to the respondent, to be effective until the hearing.

☐ I also request a temporary surrender of a firearm or other dangerous weapon without notice to the other party because irreparable injury could result if an order is not issued until the hearing.

What irreparable harm would result if an order is not issued immediately without prior notice to the respondent?

I expect respondent will continue harassment and stalking.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated: 10-24-18  10:50AM  at  10:50 AM  Seattle  Washington.

SES

SES

I agree to receive legal documents at this address:

Seattle  WA

☐ This address is not my home address because my family, household or I would be at risk of abuse by respondent if I disclosed my home address.

# Exhibit 3



LexisNexis® CourtLink®

Switch Client | My Briefcase | Order Runner Documents | Lexis Advance | Sign Out |
Welcome, Elizabeth Gan

**Single Search - with Terms and Connectors**

Enter keywords - Search multiple dockets & documents | Search | Info

My CourtLink | Search | Dockets & Documents | Track | Alert | Strategic Profiles | Breaking Complaints | My Account

Search > Docket Search > SES V Thompson

New Docket Search | Search in Same Court

**Docket Tools**

| Get Updated Docket | Track Docket Activity | Search for Similar | Set Alert for Similar Dockets |
|---|---|---|---|
| This docket was retrieved from the court on 8/12/2019 | CourtLink can alert you when there is new activity in this case | Start a new search based on the characteristics of this case | CourtLink alerts you when there are new cases that match characteristics of this case |

[Add to My Briefcase]
[Email this Docket]
[Printer Friendly Format]

Additional resources for cases like this may be found in our LexisNexis Practice Area communities.

**Docket**

Lexis® Web Search is enabled on this docke

## Washington District & Municipal Courts

**WA District & Municipal - King County District**
**(King County District)**

**185-02371 CV**

**SES V Thompson**

**This case was retrieved from the court on Monday, August 12, 2019**

Update Now

### Header

**Case Number:** 185-02371 CV
**Date Filed:** 10/24/2018
**Date Full Case Retrieved:** 08/12/2019

[Summary] [Participants] [Judgments] [Proceedings]

### Summary

**Cause:** Anti-Harassment

Back to Top

### Participants

**Connection / Litigant Name / Links**

Petitioner #1
SES
Unknown Code "RSP"
Thompson, Paige Adele

Back to Top

### Judgments

Judgment : 1_
Judgment Type : Granted
Date : 10/24/18
Judge : Mcc
Judgment Amt : $0.00
Amount Paid : $0.00
Balance Due : $0.00

Judgment : 2_
Judgment Type : Granted
Date : 11/07/18

| | |
|---|---|
| Judge : | Cym |
| Judgment Amt : | $0.00 |
| Amount Paid : | $0.00 |
| Balance Due : | $0.00 |

Back to Top

## Proceedings

| Date | Description | Initials |
|---|---|---|
| 10/24/18 | Case Filed on 10/24/2018 | Jes |
| | Cause of Action: Harassment | Jes |
| | PET 1 SES Added as Participant | Jes |
| | RSP 1 THOMPSON, PAIGE ADELE Added as Participant | Jes |
| | EXP AH Set for 10/24/2018 01:15 PM | Jes |
| | in Room 341 with Judge MCC | Jes |
| | 18297101627 ANTI HAR FILING Received 73.00 | Jes |
| | Paid by: SES | Jes |
| | 18297101627 KCD DIS RES CV Received 10.00 | Jes |
| | Paid by: SES | Jes |
| | 18297101627 CERTIFY DOC Received 10.00 | Jes |
| | Paid by: SES | Jes |
| | E-341 Pxj 01:37 | Pxj |
| 10/24/18 | Judge Mark Chow Presiding | Pxj |
| | Petitioner Present, Sworn In, And Testifies | Pxj |
| | Motion For Temporary Anti Harassment Order Granted | Pxj |
| | Temporary Harassment Order Signed | Pxj |
| | Case Set Over For Full Anti Harassment Hearing 11/07/2018 | Pxj |
| | Petitioner Given Petitioner, 911, Service Packets in Court | Pxj |
| | Entry Packet Faxed to Spd-Confirmed | Pxj |
| | Petitioner Responsible For Service | Pxj |
| | Case Concludes 01:40 | Pxj |
| | Judgment 1 Granted entered by Judge MCC | Pxj |
| | NJT AH Set for 11/07/2018 01:30 PM | Pxj |
| | in Room 338 with Judge NBG | Pxj |
| | Order created on 10/24/2018 TEMP ANTI-HARASSMENT entered by | Pxj |
| | CHOW, MARK C expires on 11/07/2018 | Pxj |
| 10/24/18 | EXP AH: Held | Pxj |
| 10/25/18 | Filed: Declaration of Service | Jjw |
| 10/29/18 | Filed: Declaration of Service | Jjw |
| 11/07/18 | NJT AH: Held | Jjw |
| | E338 2:23pm Jjw | Jjw |
| | Judge Pro Tem Catherine Mcdowall | Jjw |
| | Petitioner Present | Jjw |
| | Respondent Not Present | Jjw |
| | Court Notes Respondent Has Been Served | Jjw |
| | 2:33 Petitioner Sworn | Jjw |
| | 2:34 Petitioner Testifies | Jjw |
| | 2:40 Petitioner KWS Testifies | Jjw |
| | 2:41 Petitioner SES Statements | Jjw |
| | 2:42 Petitioner Motions For Order Longer Than One Year | Jjw |
| 11/07/18 | 2:42 Court Final Statements / Ruling | Jjw |
| | Court Grants Full Order For Protection, Signed | Jjw |
| | Petitioners Provided With Certified Copies in Court | Jjw |
| | Court Notes Order Will Last Five Years And Petitioners | Jjw |
| | May File For Renewal at That Time if They Choose | Jjw |
| | Judgment 2 Granted entered by Judge CYM | Jjw |
| | Confirmed- Entry Fax Sent to Spd | Jjw |
| | Fax Confirmation Filed (Dcorauto) | Ecr |
| 11/08/18 | Order created on 11/07/2018 ANTI-HARASSMENT entered by | Jjw |
| | MCDOWALL, CATHERINE expires on 11/07/2023 | Jjw |
| | EXP TRACK Set for 11/08/2023 01:15 PM | Jjw |
| | in Room 312 with Judge ACH | Jjw |
| | Clerk Notes: Track Set to Close Matter if no Action on | Jjw |
| | Case Once Order Expires | Jjw |

Back to Top

The data or information provided is based on information obtained from the Washington State courts. The Administrative Office of the Courts and the Washington Courts: 1) Do not warrant that the information is accurate or complete except for court purposes; 2) Make no representations regarding the identity of any persons whose names appear in the Index; and 3) Deny liability for any damages resulting from the release or use of the data or information. The user should verify the information by personally consulting the "official" record reposing at the court of record.

| New Docket Search | Search in Same Court |

LexisNexis® | About LexisNexis | Terms & Conditions | Pricing | Privacy | Customer Support - 1-888-311-1966 | Copyright © 2019 LexisNexis®. All rights reserved.

Exhibit 4



FILED

OCT 25 2018

KCDC - West Division
Seattle Courthouse

| District Court of Washington For King County | No. 185-02404 |
|---|---|

KWS

vs.

Paige Adele Thompson
Respondent.

Petition for an Order for Protection -
☒ Harassment (PTORAH) and/or
☒ Stalking (PTORSTK)

➢ **This is a Petition for an Order for Protection against Harassment and/or Stalking as checked in the caption.**

I believe:

☒ I am a victim of stalking.

☐ _____ (name) is the victim of stalking and he/she is a minor or vulnerable adult.

The respondent has been
- stalking the victim either in person or cyber stalking, **and**
- repeatedly contacting the victim or attempting to contact or monitor the victim for no lawful purpose and his/her actions caused the victim to feel intimidated, frightened or threatened.

☒ I am a victim of unlawful harassment.

☐ _____ (name) is a victim of unlawful harassment and he/she is a minor.

The respondent's actions toward the victim have seriously alarmed, annoyed or harassed the victim, or are detrimental to the victim and serve no legitimate or lawful purpose. The respondent's actions have caused substantial emotional distress to the victim or caused me to fear for the well-being of my child.

How do the victim and respondent know each other? _ex-friend_____

I have given a detailed explanation below.

1.  **Who is the petitioner?**

My name is (please print) _____ KWS _____. I am the petitioner.

Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK) – Page 1 of 7
WPF UHST-02.0200 (07/2015) – RCW 10.14.040, .800, RCW 7.92.030

☒ I am 18 or older and I am petitioning on my own behalf.
☐ I am 16 or 17 and I am petitioning on my own behalf.
☐ I am the parent or guardian of child/ren under age 18 and I am petitioning on their behalf:

| Children's Name/s (First, Middle Initial, Last) | Age |
|---|---|
| | |
| | |
| | |

☐ I am not the parent or guardian, but the child/ren live/s with me; and I am petitioning on their behalf; and the respondent is not a parent.

| Children's Name/s (First, Middle Initial, Last) | Age |
|---|---|
| | |
| | |
| | |
| | |

☐ I am filing this petition on behalf of petitioner, (name) _____,
a vulnerable adult as defined in RCW 74.34.020, who is a victim of stalking. I am an interested person as defined in RCW 74.34.020(10). My relationship to this petitioner is _____.

## 2. Is the respondent 18 years of age or older?

☒ Yes  ☐ No

*(If no, use the Petition for Order for Protection Harassment/Stalking Respondent Under Age 18, instead of this petition.)*

## 3. Where do the parties live?

Petitioner lives in _____King_____ county.

Did the petitioner leave their residence because of stalking conduct and that is the county of their new residence?

☒ Yes  ☐ No

Children named above live in _____ county.

Respondent lives in _____King_____ county.

## 4. Where did the Conduct take place?

The conduct took place in _____King_____ county.

- **Statement describing the victim/s need for protection from the respondent**
  - Write clearly. If you need more space below, attach additional page/s. Do not write on the back.
5. **Describe what the Respondent did or said that you think is harassment or stalking.**
  - You must describe what the respondent actually said.
  - You must describe what the respondent actually did.

**The respondent has committed acts of harassment or stalking as follows:**

**A.** Describe the most recent incident of harassment or stalking.

Date and time (on or around): Oct 23/24   3am 23rd - 3am 24th

Location: Seattle WA

What did the respondent do or say that you believe to be harassing or stalking behavior?

Police incident # 18 397711

respondent has emailed me and my spouse multiple
times after my spouse has told her (respondent) to
stop contacting us. She (respondent) has also sent
threatening texts to my wife - (wife has pending
no-contact order against respondent. Case #
185-02371)
In the text, the respondent lists our current
address, which she was not provided by us.

How did the respondent make these statements?  ☒ in person ☒ mail/written notes
☒ e-mail ☒ text ☒ phone ☒ social media (such as facebook and twitter)
☐ other (describe): _____

B.  Describe other incidents of harassment or stalking.  For each incident, include the date,
time (on or about), location, what was said, how statements were made, and what was done
to a victim.

Police incident # 18-397711
pending no-contact order to respondent from
my spouse (protected person) # 185-02371

Respondent has contacted us multiple times since
cutting off ties with her in 2011. We have ignored
previous attempts at contact but the
stalking and harassment continues. In approx Dec
2014, she stopped by our house and left notes
and personal items on our porch. We moved away,
in part, due to this behavior. She also contacts
my spouse via social media (e.g. facebook) repeatedly
and creates new accounts after my wife blocks
her.

6.  How did the incidents you describe above make you, the minor, or the vulnerable adult feel?
I feel threatened, frightened, and concerned that
the situation has been escalating over the years.
I believe the behavior will continue to escalate.

7. Has the respondent used, displayed, or threatened to use a firearm or other dangerous weapon in a felony? Please describe:

no

8. Has the respondent previously committed an offense that makes him or her ineligible to possess a firearm under the provisions of RCW 9.41.040? Please describe:

unknown

9. Does possession of a firearm or other dangerous weapon by the respondent present a serious and imminent threat to public health or safety, or to the health or safety of a victim? Please describe:

N/A

10. Do you have any evidence of the harassment or stalking conduct other than testimony?
- [ ] No
- [x] Yes. I have attached the following evidence:
  - [ ] Copy of mail or written notes
  - [x] Copy of text messages
  - [x] Copy of emailed messages
  - [ ] Copy of social media messages
  - [x] Police report incident # 18-397711
  - [ ] Declaration or Affidavit from the following witness: _____
  - [ ] Other (describe): _____

11. Has/have the **victim/s or the respondent** ever requested or obtained protection from the other person in a restraining order, civil protection order, or criminal no-contact order? If yes, list the type of order, the name of the court and the approximate date, and whether the request was granted:

no

**12.** Is there any other litigation between the victim/s and the respondent?  This includes all matters - pending or past - such as parenting plans, landlord-tenant disputes, employment disputes, or property disputes.  If yes, provide case number/s if known, type of case, and name of court:

no

## ➤ Requests

**13. I ask the Court for an order approving the following requests for protection:**

I Request an **Order for Protection** following a hearing that will:

---

☒ **No-Contact**:  restrain the respondent from making any attempts or having any contact, including nonphysical contact, with the person/s to be protected, directly, indirectly, or through third parties regardless of whether those third parties know of the order, except for mailing of court documents.

---

☐ **Surveillance:**  prohibit or restrain the respondent from making any attempt to keep or from keeping the person/s to be protected under surveillance, including electronic surveillance.

---

☒ **Exclude from places**:  exclude the respondent from the ☒ residence ☒ workplace ☐ school ☐ day care of the person/s to be protected.

---

☒ **Stay Away**:  Prohibit or restrain the respondent from entering or being within, or from knowingly coming within, or knowingly remaining within _____ (distance) of the ☒ residence ☒ workplace ☐ school ☐ day care of the person/s to be protected. ☐ other locations: _____

---

☐ **Other**:

---

☒ **Evaluation**:  Order the respondent to have a ☒ mental health ☒ chemical dependency evaluation. ☐ other: _____

---

☒ **Pay Fees and Costs:** Require the respondent to pay fees and costs of this action, which may include administrative court costs and service fees and petitioner's costs including attorneys' fees.

---

☐ **Surrender Firearms**:  Require the respondent to surrender any firearm or other dangerous weapon, or any concealed pistol license and prohibit the respondent from obtaining or possessing a firearm or other dangerous weapon, or a concealed pistol license.

---

☒ **Duration**: Remain effective longer than one year because respondent is likely to resume acts of unlawful harassment or stalking conduct against the persons to be protected if the order expires in a year.

---

**Emergency temporary protection (up to 14 days) until the court hearing:**

☑ An emergency exists as described below. I request that a **Temporary Protection Order** granting the relief I requested above for a no-contact, surveillance, exclude from places, or stay away order be issued immediately, without prior notice to the respondent, to be effective until the hearing.

☐ I also request a temporary surrender of a firearm or other dangerous weapon without notice to the other party because irreparable injury could result if an order is not issued until the hearing.

What irreparable harm would result if an order is not issued immediately without prior notice to the respondent?

I expect the harassment and stalking to continue, and/or escalate, especially because my spouse is petitioning for no-contact also. Respondent may damage my property.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated: 10-24-18          at          Seattle          Washington.

KWS
Petitioner

KWS
Pr

I agree to receive legal documents at this address:

- Seattle WA

☐ This address is not my home address because my family, household or I would be at risk of abuse by respondent if I disclosed my home address.

Exhibit 5



LexisNexis® CourtLink®

Switch Client | My Briefcase | Order Runner Documents | Lexis Advance | Sign Out

Welcome, Elizabeth Gan

### Single Search - with Terms and Connectors

Enter keywords - Search multiple dockets & documents    [ Search ]  Info

| My CourtLink | Search | Dockets & Documents | Track | Alert | Strategic Profiles | Breaking Complaints | My Account |

Search > Docket Search > **KWS** v. Paige Adele Thompson

[ New Docket Search ]    [ Search in Same Court ]

**Docket Tools**

| Get Updated Docket | Track Docket Activity | Search for Similar | Set Alert for Similar Dockets |
|---|---|---|---|
| This docket was retrieved from the court on 8/12/2019 | CourtLink can alert you when there is new activity in this case | Start a new search based on the characteristics of this case | CourtLink alerts you when there are new cases that match characteristics of this case |

[Add to My Briefcase]
[Email this Docket]
[Printer Friendly Format]

Additional resources for cases like this may be found in our LexisNexis Practice Area communities.

**Docket**                                    ▶▶ Lexis® Web Search is enabled on this docket

## Washington District & Municipal Courts

WA District & Municipal - King County District
(King County District)

### 185-02404 CV

**KWS**  v. Paige Adele Thompson

This case was retrieved from the court on Monday, August 12, 2019

[ Update Now ]

---

#### Header

Case Number:  185-02404 CV
Date Filed:  10/25/2018
Date Full Case Retrieved:  08/12/2019

[Summary] [Participants] [Judgments] [Proceedings]

#### Summary

Cause:  Anti-Harassment

Back to Top

#### Participants

**Connection / Litigant Name / Links**

Petitioner #1
**KWS**

Unknown Code "RSP"
Thompson, Paige Adele

Back to Top

#### Judgments

Judgment :  1_
Judgment Type :  Granted
Date :  10/25/18
Judge :  Mcc
Judgment Amt :  $0.00
Amount Paid :  $0.00
Balance Due :  $0.00

Judgment :  2_
Judgment Type :  Granted
Date :  11/07/18

Judge :  Cym
Judgment Amt :  $0.00
Amount Paid :  $0.00
Balance Due :  $0.00

Back to Top

Proceedings

| Date | Description | Initials |
|------|-------------|----------|
| 10/25/18 | Case Filed on 10/25/2018 | Pxj |
| | Cause of Action: Harassment | Pxj |
| | PET 1 KWS Added as Participant | Pxj |
| | RSP 1 THOMPSON, PAIGE ADELE Added as Participant | Pxj |
| | EXP AH Set for 10/25/2018 01:15 PM | Pxj |
| | in Room 301 with Judge GXH | Pxj |
| | Filed: Petition For Anti Harassment | Pxj |
| | 18298101618 ANTI HAR FILING Received 73.00 | Pxj |
| | Paid by: KWS | Pxj |
| | 18298101618 CERTIFY DOC Received 10.00 | Pxj |
| | Paid by: KWS | Pxj |
| | 18298101618 KCD DIS RES CV Received 10.00 | Pxj |
| | Paid by: KWS | Pxj |
| 10/25/18 | EXP AH on 10/25/2018 01:15 PM | Tal |
| | Changed to Room 312 with Judge GXH | Tal |
| | EXP AH: Held | Rxc |
| | E341 1:55 Cc: Rxc | Rxc |
| | Judge Mark Chow Presiding | Rxc |
| | Petitioner KWS Present - Sworn And | Rxc |
| | Testified | Rxc |
| | Court Granted Temporary Anti-Harassment Order | Rxc |
| | Judgment 1 Granted entered by Judge MCC | Rxc |
| | Order created on 10/25/2018 TEMP ANTI-HARASSMENT entered by | Rxc |
| | CHOW, MARK C expires on 11/07/2018 | Rxc |
| | NJT AH Set for 11/07/2018 01:30 PM | Rxc |
| | in Room 338 with Judge NBG | Rxc |
| 10/25/18 | Personal, 911, And Service Packets Provided to Petitioner in | Rxc |
| | Court | Rxc |
| | Order Faxed to Spd For Both Entry And Service | Rxc |
| 11/02/18 | Filed: Declaration of Service | Jjw |
| 11/07/18 | NJT AH: Held | Jjw |
| | E338 2:23pm Jjw | Jjw |
| | Judge Pro Tem Catherine Mcdowall | Jjw |
| | Petitioner Present | Jjw |
| | Respondent Not Present | Jjw |
| | Court Notes Respondent Has Been Served | Jjw |
| | 2:33 Petitioner Sworn | Jjw |
| | 2:34 Petitioner Testifies | Jjw |
| | 2:40 Petitioner KWS Testifies | Jjw |
| 11/07/18 | 2:41 Petitioner SES Statements | Jjw |
| | 2:42 Petitioner Motions For Order Longer Than One Year | Jjw |
| | 2:42 Court Final Statements / Ruling | Jjw |
| | Court Grants Full Order For Protection, Signed | Jjw |
| | Petitioners Provided With Certified Copies in Court | Jjw |
| | Court Notes Order Will Last Five Years And Petitioners | Jjw |
| | May File For Renewal at That Time if They Choose | Jjw |
| | Judgment 2 Granted entered by Judge CYM | Jjw |
| 11/08/18 | Order created on 11/07/2018 ANTI-HARASSMENT entered by | Jjw |
| | MCDOWALL, CATHERINE expires on 11/07/2023 | Jjw |
| | EXP TRACK Set for 11/07/2023 01:15 PM | Jjw |
| | in Room 312 with Judge ACH | Jjw |
| | Clerk Notes: Track Set to Close Matter if no Action on | Jjw |
| | Case Once Order Expires | Jjw |

Back to Top

The data or information provided is based on information obtained from the Washington State courts. The Administrative Office of the Courts and the Washington Courts: 1) Do not warrant that the information is accurate or complete except for court purposes; 2) Make no representations regarding the identity of any persons

whose names appear in the Index; and 3) Deny liability for any damages resulting from the release or use of the data or information. The user should verify the information by personally consulting the "official" record reposing at the court of record.

New Docket Search    Search in Same Court

LexisNexis® | About LexisNexis | Terms & Conditions | Pricing | Privacy | Customer Support - 1-888-311-1966 | Copyright © 2019 LexisNexis®. All rights reserved.

Exhibit 6

Report Number 2019-104465 - Incident / Offense Report Report Cover Sheet (Seattle Police Department)          Seattle Police Department

## Report Number 2019-104465 - Incident / Offense Report Report Cover Sheet

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| Mar 24, 2019 07:44 | S / S / S1 / 10881 | Mar 24, 2019 06:11 |

### INCIDENT INFO

OFFENSE CODE
X100 | CRISIS

| OFFENSE LOCATION | OFFENSE START DATE |
|---|---|
| SEATTLE | Mar 24, 2019 06:11 |

### INCIDENT INFO

OFFENSE CODE
X66 | SUICIDE-THREATS

| OFFENSE LOCATION | OFFENSE START DATE |
|---|---|
| SEATTLE | Mar 24, 2019 06:11 |

### INVOLVED PERSONS

| INVOLVEMENT | NAME | HOME ADDRESS | DOB / ESTIMATED AGE RANGE | RACE | SEX |
|---|---|---|---|---|---|
| W-2 | JDE | SEATTLE, WA 98108 | 1990 | White | Male |
| V-1 | PAIGE ADELE THOMPSON | SEATTLE, WA 98108 | 1986 | White | Female |
| W-1 | PHQ | SEATTLE, WA 98108 | 1952 | Asian | Male |

### NARRATIVE

Document No: GO0020242240002
Subject: NARRATIVE
Author: ANTHONY REYNOLDS (7585)
Date:2019-03-25 11:33:00

[TT_VERSION 1.0] [GENERAL OFFENSE INITIAL INVESTIGATION NARRATIVE]1 BACK-UP OFFICERS(S): (NAMES, SERIAL #'s, AND ROLES ININCIDENT)[Eggers 7593 ]2 CHARGES: [ ] CHARGE DESCRIPTION:[N/A]3 ARREST SCREENED BY: (SUPERVISOR'S NAME AND SERIAL)[N/A ]4 PHOTO(S) TAKEN? [N] IF SO, [ ]UPLOADED TO DEMS, OR [ ]ICV USED5 RECORDED STATEMENT(S) TAKEN? [N] IF SO, [ ]UPLOADED TO DEMS, OR [ ]ICV USED6 DIGITAL IN-CAR VIDEO(S) UPLOADED? [Y] FLAGGED? [Y] IF NO, [ ] RECORDING OFFICER(S): [Eggers 7593, Reynolds 7585 ]7 DNA / FORENSIC EVIDENCE SUBMITTED? [N] 8 FINGERPRINTS: FINGERPRINTS SEARCH MADE? [N] FINGERPRINT EVIDENCE OR CARDS SUBMITTED? [N ] ANALYSIS REQUEST SUBMITTED?[N ] COMPARISON REQUEST SUBMITTED? [N ]9 FELONY ALERT PACKET SUBMITTED? [N ] OFFICER SUBMITTING: [N/A ] FOLLOW-UP UNIT DESTINATION: [N/A]10 USE OF FORCE REPORT SUBMITTED? [N] USE OF FORCE SCREENED BY (SUPERVISOR'S NAME AND SERIAL): [N/A]11 LIST ALL HARDCOPY PAPERWORK SUBMITTED:[ ]ARREST REFERRAL TRACKING SHEET (Crisis Solution Center)[ ]CRIMINAL TRESPASS WARNING 5.34.1[ ]DUI PACKET[ ]DV SUPPLEMENTALS[ ]IDENTITY and MAIL THEFT (Photocopy of Recovered ID or Mail)[ ]INVENTORY SEARCH FORM[ ]MENTAL HEALTH CONTACT REPORT[ ]PARK EXCLUSION[ ]TOW IMPOUND RECORD[ ] VEHICLE REPORT[ ]WRITTEN STATEMENTS (Required on Felony Arr, Juvenile Crime, DV Incident)[ ]OTHER (Describe in Box Below)[ ]12 VICTIM(S) INJURIES:SFD Responded? [N]/N/A 13 INCIDENTAL PROPERTY DAMAGE: (DESCRIPTION AND VALUE)[N/A]14 VEHICLE IMPOUNDED? [N] STORAGE LOCATION: [N/A]15 INITIAL INCIDENT DESCRIPTION / NARRATIVE:[On 24 March 2019 while working uniformed patrol as unit "1S1" I responded tothe residence at                    for a report of a domestic disturbance. The calldetails read: INTOX ROOMATE IN A DISTO WITH ROOMATES, TRIED TO TAKE A SWING ATRP, NO WPNS. While en route to the call location I received several updates viaradio that the suspect was outside the residence banging on windows and thatthe calltaker could hear her yelling and previously banging on the walls.Upon arrival I contacted the female outside the home who immediately assertedthat she had done nothing wrong. She was identified as V/Thompson, Paige. Ialso contactedthe roommates inside the residence. They told me Paige hadsuddenly and inexplicably began yelling at striking the walls and doors. Whenher roommate JDE tried to intervene, Paige turned assaultive and tried tostrike JDE . JDE then forced Paige outside in self-defense. JDE advisedme that Paige has threatened to retrieve a fake gun that belongs to anotherroommate and use it to commit "suicide by cop." JDE and theother roommatesstated Paige's outbursts are an ongoing problem, and have been for the twoyears she has lived there. She gets incredibly angry at a moment's

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| ANTHONY REYNOLDS #7585    Mar 24, 2019 07:44 (e-signature) | DEREK RISTAU #7517    Mar 26, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| ANTHONY REYNOLDS #7585 | DEREK RISTAU #7517 |

NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by D. BROWN #6214 on Jul 24, 2019 12:25.
Imported Report.                                                                                                Pg 1 of 2

ñotice andbecomes destructive to property and assaultive to the other persons.Paige stated she was upset about something that had gone wrong with hercomputer and began yelling and struck a door when JDE entered her room,grabbed her by the hair and forced her out of the home. When asked if shewanted to hurt herself Paige stated "I don't know" and also that she can dowhatever she wants with her life.Paige was transported to Swedish Medical Center via AMR.The incident was screened with A/SGT Ristau at the precinct.]

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| ANTHONY REYNOLDS #7585   Mar 24, 2019 07:44 (e-signature) | DEREK RISTAU #7517   Mar 26, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| ANTHONY REYNOLDS #7585 | DEREK RISTAU #7517 |

NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by D. BROWN #6214 on Jul 24, 2019 12:25.
Imported Report.                                                                                                                                 Pg 2 of 2

# Report Number 2019-104465 - Additional Info Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Mar 24, 2019 07:56 | Mar 24, 2019 07:56 | ANTHONY REYNOLDS #7585 |

## NARRATIVE

Document No: GO0020242240001
Subject: TEMPLATE
Author: ANTHONY REYNOLDS (7585)
Date:2019-03-24 07:56:00

[TT_VERSION 1.0] [CRISIS TEMPLATE]_____ NOTE: Include
corresponding Entity with this template. Relate report to your CAD call (CP) using the EVENT button.

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of
my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| ANTHONY REYNOLDS | 03/24/2019 | Seattle Police Department, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| ANTHONY REYNOLDS #7585   Mar 24, 2019 07:44 (e-signature) | DEREK RISTAU #7517   Mar 26, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| ANTHONY REYNOLDS #7585 | DEREK RISTAU #7517 |

Exhibit 7

## Report Number 2019-███████- Incident / Offense Report Report

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| May 23, 2019 17:58 | S / O / O1 / 3649 | May 23, 2019 10:35 |

REPORT WRITER
SARAH MULLOY #7421

ASSISTING PERSONNEL / TYPE(S)
MARIAH ANDRIGNIS #X055 (Additional Resources)

REPORT TAKEN LOCATION
2203 AIRPORT WAY S, SEATTLE, WA 98134

EMS / FIRE / OTHER LE AGENCIES ON SCENE

☐ YES ■ NO

## NARRATIVE

On 5.23.2019 I was working in full uniform driving a fully marked patrol car for the Seattle Police Department as unit, CRT6; I was assigned to the Crisis Response Unit. Mariah Andrignis #X055 was working with me as an additional resource for mental health related issues on this call.

At 1031 hours dispatch created a 911 call for "assist other agency" after receiving a teletype from Detective Frank Rivas of the Mountain View Police Department in California. The teletype was regarding a suspect, Paige Thompson (████ 1986), who had threatened to shoot up the ████████ campus in California. The call read as follows from dispatch: VIA TELETYPE. ATL SUSP WHO THREATENED TO GO TO THE BAY AREA IN CA AND SHOOT UP OFCRS AT ████████ AGENCY REQ EVAL FOR INVOL AND CONTACT DET.

I am familiar with Paige Thompson and my unit has a response plan for her. In the past, she has threatened suicide by cop and made other threats via social media to ████████ on her twitter account. Every previous attempt to contact Thompson at her residence has been unsuccessful and she has threatened that she has a bb gun and will force officers to shoot her.

I spoke with the complainant over the phone, Detective Frank Rivas. I informed him that our department was familiar with Thompson. Rivas explained that he was unable to pursue any charges based on the incident, however, he would consider whether or not ████████ wanted to issue Thompson trespass paperwork or if they would pursue a no contact order based on her threats. If any assistance is needed for future service, our agency will oblige.

I asked Rivas to send me the police report with the specific threats that were made. I received a police report via email from Rivas; Mountain View Police Department Case No. 19003729. The report indicated that on 5.21.2019 Thompson had sent twitter messages to a former Amazon co-worker, JB. JB resides in California and currently works for ████████. Thompson sent the following messages:

"I feel bad, when my cat dies, I'm going to California to shoot up ████████ office I hope you are not there"

"sorry"

"but it has to be done"

"you're really not gonna like me when you realize where this is going but it has to be this way, I have no choice"

"try to think about this from my point of view, what has @ ████████ done for the world? I know they're responsible for my continued unemployment. You know what has to be done. I like you but I can't let you stand in the way of what has to be done."

JB had responded to Thompson and her response was: " Yeah? Maybe spd could do something kind and come over and shoot me"

Moutnain View PD has already investigated the threats and such has been documented under the above listed MVPD case number. JB stated that he did not think Thompson posed an immediate threat to ████████ on that day, however, he did make a report to twitter and MVPD. The report includes a statement from JB stating that he had called Thompson and spoke with her briefly on the phone Thompson stated she still lived in Seattle, she did not have access to any weapons, was currently taking psychiatric medications and had no monetary or transportation means to come to California.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| SARAH MULLOY #7421   May 23, 2019 18:59 (e-signature) | RALPH WILSON #5003   May 24, 2019 12:35 (e-signature) |
| PRINT NAME | PRINT NAME |
| SARAH MULLOY #7421 | RALPH WILSON #5003 |

Report Number 2019-███████-Incident / Offense Report Report (Seattle Police Department)                     Seattle Police Department

Mariah Andrignis contacted Thompson's mental health agency, Seattle Counseling Services. She was able to speak Thompson's case manager and inform them of Thompson's behavior.

I checked my unit's database for vetted Extreme Risk Protection Orders and located that I had vetted Thompson for an ERPO on May 24, 2018; Thompson was already ineligible to possess firearms due to mental health reasons and involuntary commitment.

Thompson's case manager has been informed of her behavior/threats. I will be making a DCR referral for further outreach and assessment.

*REPORTING PARTY-1*
REPORTING PARTY-1 (ORGANIZATION)
R-1 Mountain View Police Department

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Criminal Justice Enforcement Unit | Alternative Medicine |

MAILING ADDRESS
1000 VILLA ST, MOUNTAIN VIEW, CA 94041

PHONE NUMBER
(650) 903-6344 (Work)

*REPORTING PARTY-2*
REPORTING PARTY-2 (PERSON)
R-2 Rivas, Frank

| | | | DOB / ESTIMATED AGE RANGE |
|---|---|---|---|
| | | | 35 – 55 years old |

| SEX | RACE / ETHNICITY | PHONE NUMBER | EMAIL ADDRESS |
|---|---|---|---|
| Male | Unknown / Unknown | ████████ (primary, Work Cell) | ████████ (work) |

REPORTING PARTY SIGNATURE

## INCIDENT INFO

INCIDENT TYPE
**Assist Other Agency**

*OFFENSE LOCATION*
LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
1000 VILLA ST

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| MOUNTAIN VIEW | CA | 94041 | US |

| LOCATION CATEGORY | PRECINCT / SECTOR / BEAT / RA |
|---|---|
| Other/Unknown | OOJ / OOJ / OOJ / OOJ |

*SUBJECT-1*
SUBJECT-1 NAME (LAST, FIRST MIDDLE)
SB-1 THOMPSON, PAIGE ADELE

DOB / ESTIMATED AGE RANGE
1986-████

| SEX | PHONE NUMBER |
|---|---|
| Female | ████ 0914 (Work)    ████ 2468 (Mobile), ████-6012 (Home) |

HOME ADDRESS
████████ SEATTLE, WA ████

## INCIDENT INFO

INCIDENT TYPE
Crisis

*OFFENSE LOCATION*
LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
1000 VILLA ST

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| MOUNTAIN VIEW | CA | 94041 | US |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| SARAH MULLOY #7421   May 23, 2019 18:59 (e-signature) | RALPH WILSON #5003   May 24, 2019 12:35 (e-signature) |
| PRINT NAME | PRINT NAME |
| SARAH MULLOY #7421 | RALPH WILSON #5003 |

Mark43 RMS Form v2.0 generated by D. BROWN #6214 on Jul 24, 2019 12:22.                     Pg 2 of 3

Report Number 2019-_____- Incident / Offense Report Report (Seattle Police Department)                     Seattle Police Department

| LOCATION CATEGORY | PRECINCT / SECTOR / BEAT / RA |
|---|---|
| Other/Unknown | OOJ / OOJ / OOJ / OOJ |

| SUBJECT-1 | |
|---|---|

| SUBJECT-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| SB-1 THOMPSON, PAIGE ADELE | 1986- |

| SEX | PHONE NUMBER |
|---|---|
| Female | -0914 (Work),            2468 (Mobile),            -6012 (Home) |

| HOME ADDRESS |
|---|
| SEATTLE, WA |

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| SARAH MULLOY | 05/23/2019 | Seattle Police Department, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| SARAH MULLOY #7421   May 23, 2019 18:59 (e-signature) | RALPH WILSON #5003   May 24, 2019 12:35 (e-signature) |
| PRINT NAME | PRINT NAME |
| SARAH MULLOY #7421 | RALPH WILSON #5003 |