UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. MJ19-0344<br><br>**UNITED STATES' MOTION TO SEAL** |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Andrew C. Friedman and Steven T. Masada, Assistant United States Attorneys for said District, files this Motion to Seal. The government hereby requests that the United States' Supplemental Memorandum in Support of Motion for Detention in the above-captioned matter be and remain sealed until

//

//

//

MOTION TO SEAL - 1
*United States v. Paige A. Thompson*, No. MJ19-0344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

further order of this Court.  This motion is made on the ground that disclosure of the information in that filing could result in a threat to the safety of a person or persons.

DATED this 14th day of August, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*// s // Andrew C. Friedman*
*// s // Steven T. Masada*

ANDREW C. FRIEDMAN
STEVEN T. MASADA
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone:   (206) 553-7970
Facsimile:    (206) 553-2502
E-mail:         Andrew.Friedman@usdoj.gov
                     Steven.Masada@usdoj.gov

MOTION TO SEAL - 2
*United States v. Paige A. Thompson*, No. MJ19-0344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant.

/s/ Anna Chang
Anna Chang, Paralegal
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington  98101-1271
Telephone:    (206) 553-7970
Facsimile:    (206) 553-2502

MOTION TO SEAL - 3
*United States v. Paige A. Thompson*, No. MJ19-0344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970