UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE A. THOMPSON,<br><br>Defendant. | NO. MJ19-0344<br><br>**[PROPOSED] ORDER** |

The Court having considered the United States' Motion to Seal requesting that the United States' Supplemental Memorandum in Support of Motion for Detention in this case be sealed,

It is hereby ORDERED that the United States' Supplemental Memorandum in Support of Motion for Detention be and remain sealed until further order of this Court.

DATED: this _____ day of August, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

/s/*Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney

MOTION TO SEAL - 1
*United States v. Paige A. Thompson*, No. MJ19-0344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970