MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAIGE THOMPSON, <br><br> Defendant. | No. MJ19-344-MLP <br><br> ~~(PROPOSED)~~ ORDER GRANTING MOTION TO FILE OVERLENGTH RESPONSE TO GOVERNMENT'S MEMORANDUM IN SUPPORT OF MOTION FOR DETENTION |

The Court has considered the defense motion to file an overlength response to the government's memorandum in support of its motion for detention in excess of the 12-page limit imposed by Local Criminal Rule 12(b)(5), along with all the records in this case.

IT IS NOW ORDERED that counsel for Paige Thompson may file a 22-page response to the government's memorandum.

DATED this 21st day of August 2019.

_____
MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Paige Thompson

ORDER GRANTING MOTION TO FILE OVERLENGTH
RESPONSE TO GOVERNMENT'S MEMORANDUM IN
SUPPORT OF MOTION FOR DETENTION
(*Paige Thompson*; MJ19-344-MLP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100