1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAIGE THOMPSON,

Defendant.

NO. MJ19-344

UNITED STATES' MOTION TO FILE A
RESPONSE IN EXCESS OF 12 PAGES

**NOTED:** August 30, 2019

The United States of America, by and through Brian T. Moran, United States

Attorney for the Western District of Washington, and Steven T. Masada, Assistant United

States Attorney for said District, hereby moves this Court for an order permitting the

United States to file the Government's Reply Memorandum in excess of the twelve-page

limitation prescribed in CrR12(c)(6) of the Local Rules of the United States District

Court for the Western District of Washington. Specifically, the Unites States seeks the

Court's approval to file a response that is up to fifteen pages in length.

//

//

//

United States' Motion to File a Response in Excess of 12 Pages
(*U.S. v. Thompson* / MJ19-344) - 1

1      The United States seeks this authorization as additional pages are needed to

2  respond to the Defendant's over length brief of 23 pages.

3

4      Dated this 22nd day of August, 2019.

5

6                                          Respectfully submitted,

7                                          BRIAN T. MORAN
                                           United States Attorney
8

9                                          */s/ Steven T. Masada*
                                           STEVEN T. MASADA
10                                         Assistant United States Attorney
11                                         700 Stewart Street, Suite 5220
                                           Seattle, Washington  98101
12                                         Telephone:    (206) 553-7970
                                           Facsimile:    (206) 553-0882
13                                         Email: Steven.Masada@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States' Motion to File a Response in Excess of 12 Pages
(*U.S. v. Thompson* / MJ19-344) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

/s/ Elizabeth Gan
ELIZABETH GAN
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4370
FAX:   (206) 553-0882
E-mail: Elizabeth.Gan@usdoj.gov

United States' Motion to File a Response in Excess of 12 Pages
(*U.S. v. Thompson* / MJ19-344) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970