# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. MJ19-344 |
|---|---|
| Plaintiff, | [Proposed] |
| v. | ORDER GRANTING UNITED STATES' MOTION TO FILE A RESPONSE IN EXCESS OF 12 PAGES |
| PAIGE THOMPSON, | |
| Defendant. | |

The Court having reviewed the Government's Motion to File a Response in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The United States may file its Reply Memorandum that does not exceed fifteen pages in length.

DATED this _____ day of August, 2019.

                                                          _____
                                                          MICHELLE L. PETERSON
                                                          United States District Judge

Presented by:

*/s/ Steven Masada*
Assistant United States Attorney

Order Granting United States' Motion to File a Response in Excess of 12 Pages
(*U.S. v. Thompson* / MJ19-344) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970