UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAIGE THOMPSON,<br><br>Defendant. | NO. MJ19-344<br><br>[~~Proposed~~]<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A RESPONSE IN EXCESS OF 12 PAGES |

The Court having reviewed the Government's Motion to File a Response in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The United States may file its Reply Memorandum that does not exceed fifteen pages in length.

DATED this 22nd day of August, 2019.

									_____
									MICHELLE L. PETERSON
									United States District Judge

Presented by:

/s/ Steven Masada
Assistant United States Attorney

Order Granting United States' Motion to File a Response in Excess of 12 Pages
(U.S. v. Thompson / MJ19-344) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970