UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAIGE THOMPSON,<br><br>Defendant. | NO. MJ19-344<br><br>[~~PROPOSED~~] ORDER TO SEAL |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Exhibit 8 to the Government's Reply Memorandum, shall remain sealed.

DATED this 22nd day of August, 2019.

MICHELLE L. PETERSON
United States District Judge

Presented by:

/s/ Steven T. Masada
STEVEN T. MASADA
Assistant United States Attorney

Order to Seal
U.S. v. Thompson, MJ19-344 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970